by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 95–6406. IN RE SMITH. Petition for writ of mandamus denied.

No. 95–6079. IN RE SMITH. Petition for writ of prohibition denied.

No. 95–124. DENVER AREA EDUCATIONAL TELECOMMUNICATIONS CONSORTIUM, INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 95–227. ALLIANCE FOR COMMUNITY MEDIA ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 95–354. O'CONNOR *v.* CONSOLIDATED COIN CATERERS CORP. C. A. 4th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 94–1881. COLLINS *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 94–2022. LOUISIANA *v.* SCHIRMER. Sup. Ct. La. Certiorari denied.

No. 94–8845. TABAS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–9729. CHERSIN ET AL. *v.* MACHINE TOOL FINANCE CORP. ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 95–25. ORD & NORMAN ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–60. BUSTAMANTE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–86. DOOLIN SECURITY SAVINGS BANK, F. S. B. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 4th Cir. Certiorari denied.